NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OSVALDO R. BURGOS,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2025-1056

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-20-0067-I-1.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

The Department of Homeland Security moves to dismiss for lack of jurisdiction.  Osvaldo R. Burgos submits his opening brief and two motions to "continue with the case." ECF Nos. 16, 17.

Mr. Burgos seeks review of a final decision of the Merit Systems Protection Board affirming his removal.  Mr. Burgos's submissions before this court confirm that he asserted

a discrimination claim before the Board and does not wish to abandon that claim. ECF No. 7 at 3; ECF No. 14 at 2.

Federal district courts, not this court, have jurisdiction over "[c]ases of discrimination subject to the provisions of [5 U.S.C. §] 7702," 5 U.S.C. § 7703(b)(2), which involve an allegation of an action appealable to the Board and an allegation that a basis for the action was covered discrimination. *Perry v. Merit Sys. Prot. Bd.*, 582 U.S. 420, 437 (2017). Here, Mr. Burgos continues to pursue the allegations he made before the Board that his removal was the result of covered discrimination, so jurisdiction to review the Board's decision lies in district court. Although the Department of Homeland Security urges dismissal, we deem it appropriate to transfer, pursuant to 28 U.S.C. § 1631, to the United States District Court for the District of Columbia, where the employment action appears to have occurred, which may address any issues concerning timeliness.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the matter and all case filings are transferred to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1631.

FOR THE COURT

February 27, 2025
Date

Jarrett B. Perlow
Clerk of Court